```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ALLIANZ RISK TRANSFER (BERMUDA)  :
LIMITED,  :
:   1:22-cv-5133-GHW
Plaintiff,  :
:   ORDER
-against-  :
:
HIGH LONESOME WIND POWER, LLC,  :
:
Defendant.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on August 22, 2022, discovery in this matter is stayed pending the briefing and resolution of Defendant's anticipated motion to compel arbitration with respect to certain issues raised in this matter.

The deadline for Defendant to file and serve its motion to compel arbitration is September 16, 2022. *See* Dkt. No. 15. Plaintiff's opposition is due within three weeks after service of Defendant's motion. Defendant's reply, if any, is due within one week after service of Plaintiff's opposition.

SO ORDERED.

Dated: August 23, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge