UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ RISK TRANSFER (BERMUDA) LIMITED, <br><br> Plaintiff, <br><br> - against - <br><br> HIGH LONESOME WIND POWER, LLC, <br><br> Defendant. | No. 1:22-cv-5133-GHW |

## MOTION TO WITHDRAW AS COUNSEL

1.     PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4(b), Antonio J. Perez-Marques, Michael Scheinkman, and Craig Cagney, and Davis Polk & Wardwell LLP ("Movants") hereby move this Court for an order permitting them to withdraw as counsel for Defendant High Lonesome Wind Power, LLC ("High Lonesome") and be removed as counsel of record.

2.     Satisfactory reasons exist for Movants' withdrawal.  After consistently paying Davis Polk's legal fees for years, High Lonesome stopped paying Davis Polk's legal fees for work performed after November 2024 in breach of its contract with Davis Polk.  The period for which High Lonesome has not paid, and has expressed an unwillingness to pay, includes, among other things, nearly the entirety of fact discovery in this action.  As a result, Davis Polk has accrued substantial unpaid legal fees, and despite good faith efforts over several months and accommodating multiple requests from High Lonesome for additional time, has been unable to reach any agreement with High Lonesome.  These circumstances have existed since June, when High Lonesome and its ultimate parent Enel spa simultaneously (i) communicated that they could give no assurances as to whether, when, or in what amount Davis Polk would be paid for

its past work and (ii) sought a revised fee arrangement for future work, to which Davis Polk could not agree, in light of the lack of commitment regarding its past fees. *See, e.g.*, *Police Officers for a Proper Promotional Process v. Port Auth. of New York and New Jersey*, 2012 WL 4841849, at *1 (S.D.N.Y. Oct. 10, 2012) ("[I]t is well-settled in the Eastern and Southern Districts of New York that non-payment of legal fees is a valid basis for granting a motion to withdraw pursuant to Local Civil Rule 1.4." (citation omitted)); *Centrifugal Force, Inc. v. SoftNet Commc'n, Inc.*, 2009 WL 969925, at *2 (S.D.N.Y. Apr. 7, 2009) ("Attorneys are not required to represent clients without remuneration, and the failure to pay invoices over an extended period is widely recognized as grounds for leave to withdraw."); N.Y.C.R.R. § 1200, Rule 1.16(c)(5), (10) (stating that a lawyer may withdraw when "the client deliberately disregards an agreement or obligation to the lawyer as to expenses or fees" and/or "the client knowingly and freely assents to termination of the employment").

3.      High Lonesome consents to Movants' withdrawal.  High Lonesome has retained new counsel at Gibson, Dunn & Crutcher LLP, who have already appeared (*see* Dkt. Nos. 60, 62) and have represented to the Court that they are replacing Davis Polk as counsel of record going forward (*see* Dkt. No. 61).[1]

4.      Davis Polk is asserting a retaining lien with respect to its representation of High Lonesome in this case.

5.      The case is currently in expert discovery, after fact discovery closed on May 30, 2025 (Dkt. No. 59).  High Lonesome's rebuttal expert report(s) are due on September 22, 2025 (Dkt. No. 67).  A status conference is scheduled for November 24, 2025, with a joint status letter

---

[1] In accordance with Local Civil Rule 1.4(b), Davis Polk will serve a copy of this motion on High Lonesome after it has been filed and then file proof of service on the docket.

due on November 17, 2025.  (*Id.*)  The deadline for any motions for summary judgment is December 15, 2025.  (*Id.*)

6.    For these reasons, Movants respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A permitting their withdrawal as counsel for High Lonesome and removal as counsel of record.

Dated:    New York, New York
          September 12, 2025

**DAVIS POLK & WARDWELL LLP**

By:    /s/ *Antonio J. Perez-Marques*
          Antonio J. Perez-Marques
          Michael Scheinkman
          Craig Cagney

          450 Lexington Avenue
          New York, New York 10017
          Telephone: (212) 450-4000
          Facsimile: (212) 701-5800
          antonio.perez@davispolk.com
          michael.scheinkman@davispolk.com
          craig.cagney@davispolk.com

          *Attorneys for Defendant High Lonesome Wind Power, LLC*

3