```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 ALLIANZ RISK TRANSFER (BERMUDA)          :
 LIMITED,                                 :
                                          :
                      Plaintiff,          :
           v.                             :      1:22-cv-5133-GHW
                                          :
 HIGH LONESOME WIND POWER LLC,            :         ORDER
                                          :
                      Defendant.          :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025

GREGORY H. WOODS, United States District Judge:

On September 12, 2025, Antonio J. Perez-Marques, Michael Scheinkman, and Craig Cagney, and Davis Polk & Wardwell LLP filed a motion to withdraw as counsel for Defendant High Lonesome Wind Power, LLC ("High Lonesome"). Dkt. Nos. 68–70. The Court will hold a conference regarding the motion to withdraw on Monday, September 22, 2025 at 4:00 p.m. Counsel for all parties must appear at this conference.

The Court understands that High Lonesome has retained new counsel at Gibson, Dunn & Crutcher LLP, who have already appeared in this action. *See* Dkt. No. 69 ¶ 4. Specifically, on June 13, 2025, attorney Gabriel Herrmann of Gibson, Dunn & Crutcher LLP entered an appearance as counsel for High Lonesome. Dkt. No. 60.

The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: September 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge