# GIBSON DUNN

May 22, 2026

Gabriel Herrmann
Partner
T: +1 212.351.3974
GHerrmann@gibsondunn.com

VIA ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/26/2026_

**MEMORANDUM ENDORSED**

**Re:    *Allianz Risk Transfer (Bermuda) Limited v. High Lonesome Wind Power, LLC*,
No. 1:22-cv-05133-GHW (S.D.N.Y.)**

**Letter Motion to Seal Confidential Discovery Material**

May it please the Court:

This firm represents Defendant High Lonesome Wind Power, LLC ("HiLo") in the above-captioned action.  Pursuant to Section 4(A) of the Court's Individual Rules of Practice in Civil Cases, as well as Section 6.1 of the SDNY ECF Rules & Instructions and the Court's standing order, 19-mc-00583, HiLo respectfully requests leave to file one document under seal in connection with its Motion for Rule 37(e) Spoliation Sanctions, which is being filed concurrently with this letter motion.

The document HiLo seeks to file under seal is Exhibit 107 to the Declaration of Peter Wade, filed concurrently with and in support of the Motion.  This exhibit contains excerpts from a non-party deposition transcript that has been designated as "Confidential Discovery Material" under Paragraph 11 of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 54) by non-party Ascend Analytics LLC.  Excerpts from this transcript have been filed under seal on previous motions, *see* ECF No. 109-67.

HiLo takes no position regarding the need for sealing of the document and reserves the right to challenge any designation as Confidential Discovery Material.

We thank the Court for its consideration of this letter and remain available at the Court's convenience to provide any further information the Court may wish to receive.

Respectfully submitted,

*/s/ Gabriel Herrmann*

Gabriel Herrmann

cc: All counsel of record (via ECF)

Motion denied without prejudice.  Defendant's motion to seal, Dkt. No. 136, is denied without prejudice.  Defendant's motion for sanctions is referred to Magistrate Judge Netburn.  Dkt. No. 118.  Defendant may renew its motion before Magistrate Judge Netburn.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.
SO ORDERED.

Dated:  May 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge